## 11295.  WINOKUR v. THE STATE.

BROYLES, C. J.  The only error assigned is the overruling of the motion for a new trial, which contained only the usual general grounds. The evidence amply authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1920.

Indictment for violation of prohibition law; from Bryan superior court — Judge Sheppard. January 3, 1920.

*J. Hartridge Smith,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

## 11318.  WALKER v. THE STATE.

BROYLES, C. J.  The special grounds of the motion for a new trial are merely elaborations of the usual general grounds. There was some evidence which authorized the verdict; and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1920.

Indictment for larceny of hog; from Tift superior court — Judge Eve. January 10, 1920.

*R. D. Smith,* for plaintiff in error.

*R. S. Foy, solicitor-general,* contra.